UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. David Burgess**  Docket No. 5:21-CR-312-1D

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David Burgess, who, upon a finding of guilt by jury to Interstate Transportation of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1); and Possession of Child Pornography, in violation of 18 U.S.C. §§ 2522A(a)(5)(B) and (b)(2), was sentenced, in the District of Wyoming, by the Honorable Alan B. Johnson, U.S. District Judge, on July 18, 2008, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

David Burgess was released from custody on January 22, 2021, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On August 3, 2021, jurisdiction of this case was transferred to the Eastern District of North Carolina. The case was assigned to the Honorable Terrence W. Boyle, United States District Judge.

On January 4, 2023, February 27, 2023, May 18, 2023, June 5, 2024, and August 30, 2024, violation reports were submitted to the court. All violation reports stated the defendant had completed polygraph examinations which were determined to be deceptive. No admissions of non-compliance were made by the defendant in any of these cases. In all cases, the defendant was allowed to remain on supervised release with no further court action.

On November 14, 2025, the defendant's case was re-assigned to the Honorable James C. Dever III, United States District Judge.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is motivated to be successful during his term of supervised release and committed to showing the court that he is a prosocial and law-abiding individual. Therefore, it is recommended that the defendant participate in Moral Reconation Therapy, which will increase his likelihood of success on supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: November 19, 2025

### ORDER OF THE COURT

Considered and ordered this __20__ day of __November__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge